JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALLEN CARTER, | Case No. ED CV 16-0364 FMO (JPRx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| MOLINA HEALTHCARE OF CALIFORNIA, | |
| Defendant. | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 13th day of August, 2018.

/s/
Fernando M. Olguin
United States District Judge